IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| MARTIN RAYMOND SCHON,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF SIOUX CITY, IOWA; MICHAEL HOBART; JOHN FITCH; KEITH RADIG; AARON ROCHESTER; AND TOM PADGETT,<br><br>  Defendants. | No. C11-4043-MWB<br><br>ORDER CONCERNING MAGISTRATE'S INITIAL REVIEW ORDER |

_____

This case is before me for review of an initial review order in which the Magistrate Judge recommended this action be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) (docket no. 6). Plaintiff, proceeding *pro se*, has filed a letter objecting to the recommended dismissal but stating no specific legal grounds for altering or reversing the recommended dismissal. I have reviewed the initial review order, along with the entire file, and find the analysis and recommendations are appropriate. Accordingly, I adopt the initial review order in its entirety. Accordingly, this case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS SO ORDERED.**

**DATED** this 1st day of February, 2013.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA